

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-17-00700-CV

SHAMEKA ANDREA SMITH, Appellant

V.

ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee

Appeal from the 61st District Court of Harris County (Tr. Ct. No. 2007-32410)

**TO THE 61ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of November 2017, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> The cause heard today by the Court is an appeal from the judgment signed by the court below on April 15, 2009. After inspecting the record of the court below, it is the opinion of this Court that it lacks jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.
>
> The Court **further orders** that this decision be certified below for observance.

Judgment rendered November 21, 2017.

Per curiam opinion delivered by panel consisting of Justices

Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

